# MANDATE

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

LAURI COHEN BADER,

Docket No. : 06-5428-cv

Plaintiff

- against -

MICHAEL AINSLIE, JOHN F. AKERS, ROGER S.
BERLIND, THOMAS H. CRUIKSHANK, MARSHA
JOHNSON EVANS, RICHARD FULD, JR., SIR
CHRISTOPHER GENT, ROLAND A. HERNANDEZ,
HENRY KAUFMAN, JOHN D. MACOMBER,
and LEHMAN BROTHERS HOLDINGS, INC.,

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x



Sdny Inqny
06-cv-5884
Pauley

UNITED STATES COURT OF APPEALS
FILED
JAN 1 8 2007
Thomas Asreen, Acting Clerk
SECOND CIRCUIT

### JOINT STIPULATION AND ORDER
### WITHDRAWING APPEAL FROM ACTIVE
### CONSIDERATION, WITHOUT PREJUDICE

**WHEREAS** the District Court, on October 24, 2006, dismissed this action in contemplation of a settlement, with leave to make an application to restore within 30 days; and

**WHEREAS** plaintiff's sent a letter, dated October 25, 2006, to the District Court applying to restore the case; and

**WHEREAS** plaintiff's attorney filed a Notice of Appeal on November 27, 2006, after not receiving any response from the District Court regarding his timely restoration letter; and

**WHEREAS** the District Court eventually ordered restoration of the case, on December 21, 2006, by endorsement on plaintiff's attorney's letter of October 25, 2006; and

**WHEREAS** the parties intend to pursue settlement procedures in the District Court pursuant to F.R.C.P. 23.1, and the District Court has ordered a hearing schedule;

CERTIFIED:

APR - 1 2008

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their undersigned counsel, that this appeal is withdrawn, without costs and without attorneys' fees for the time spent on this appeal, pursuant to F.R.A.P. 42(b). The case is returned to the District Court to conclude its proceeding. Only in the unlikely event that the District Court were to vacate its restoration order of December 21, 2006, appellant retains the right to reinstate this appeal by letter notice to the Clerk of this Court so requesting, within 20 days after any such order.

Dated: _January 17, 2006_

_[signature]_

Attorney for Appellant
Alexander Arnold Gershon
Barrack, Rodos & Bacine
1350 Broadway, Suite 1001
New York, New York 10018
(212) 688-0782

Dated: _January 17, 2006_

_[signature]_

Attorney for Appellee
James G. Gamble
Simpson, Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017
(212) 455-2000

**SO ORDERED:**

_Jan. 18, 2007_

**Thomas Asreen, Acting Clerk**

By _[signature]_
Stanley A. Bass, Staff Counsel

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _[signature]_
DEPUTY CLERK